**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 552 EAL 2019

          Respondent           :

                             :  Petition for Allowance of Appeal
                             :  from the Order of the Superior Court

          v.                  :

                             :

ROBERT SCOTT,                 :

                             :

          Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 14th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.